NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MORRIS REESE,**
*Plaintiff-Appellant,*

v.

**VERIZON CALIFORNIA, INC.,**
*Defendant-Appellee,*

AND

**AT&T CALIFORNIA,**
*Defendant-Appellee.*

---

2012-1048

---

Appeal from the United States District Court for the Central District of California in case no. 11-CV-1934, Judge S. James Otero.

---

**ON MOTION**

---

**ORDER**

Morris Reese moves for a 60-day extension of time, until June 29, 2012, to his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 08 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Rachel C. Hughey, Esq.
Michael J. Songer, Esq.
James Wallace, Jr., Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 8 2012

JAN HORBALY
CLERK